1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: acadia.senese@usdoj.gov

8  NIKHIL BHAGAT
   Law Clerk
9
   Attorneys for the United States of America
10

11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                            SAN FRANCISCO DIVISION
14
   UNITED STATES OF AMERICA,            )   Case No. CR 09-0182 EMC
15                                      )
              Plaintiff,                )
16                                      )   STIPULATION AND [PROPOSED]
         v.                             )   ORDER CONTINUING STATUS DATE
17                                      )
   DEBORAH A. PARLER,                   )
18                                      )
              Defendant.                )
19 _____)

20      The above-referenced matter is currently scheduled before the Court on July 29, 2009, at

21 9:30 a.m. for a status hearing. The undersigned parties jointly stipulate and request that this date

22 be continued until September 2, 2009 at 9:30 a.m. before the Honorable Edward M. Chen in

23 order for the parties to receive and review a final Presentence Report from United States

24 Probation.

25 //

26 //

27 //

28 //

STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE
CR 09-0182 EMC

SO STIPULATED.

Dated: 7/22/09                                /s/
                                      ACADIA L. SENESE
                                      Special Assistant United States Attorney


Dated: 7/22/09                                /s/
                                      DANIEL BLANK
                                      Attorney for Defendant

### [PROPOSED] ORDER

For the aforementioned reasons, the hearing in the above captioned case is continued to September 2, 2009, at 9:30 a.m.

IT IS SO ORDERED.

DATED: 7/23/09

                                      NANDOR VADAS
                                      THE HONORABLE ~~EDWARD M. CHEN~~
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE
CR 09-0182 EMC                          -2-